Form 177 – fnldec

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

        Case No.: 05–50355–RG
        Chapter: 7
        Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Grace Willis
   14 East 19th Street
   Linden, NJ 07036

Social Security No.:
   xxx–xx–4125

Employer's Tax I.D. No.:

## FINAL DECREE

    The estate of the above named debtor(s) has been fully administered.

    If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

    ORDERED that Eric R Perkins is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is Closed .

Dated: <u>March 14, 2006</u>        <u>Rosemary Gambardella</u>
                                          Judge, United States Bankruptcy Court